No. 00–1935. PALAZZOLO *v.* GORCYCA. C. A. 6th Cir. Certiorari denied. ▮

No. 00–1938. WELLS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–1939. POINDEXTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–1941. SLANEY *v.* INTERNATIONAL AMATEUR ATHLETIC FEDERATION ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 00–1942. GUTMAN *v.* GUTMAN. Ct. App. Ore. Certiorari denied.

No. 00–1943. FULLER *v.* MINNESOTA OFFICE OF LAWYERS PROFESSIONAL RESPONSIBILITY. Sup. Ct. Minn. Certiorari denied. ▮

No. 00–1944. FURBY *v.* CHRYSLER CORP. C. A. 6th Cir. Certiorari denied. ▮

No. 00–1945. LENNIX *v.* AIR LIQUIDE OF AMERICA. Ct. App. La., 5th Cir. Certiorari denied. ▮

No. 00–1947. FEINMAN *v.* COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied. ▮

No. 00–1948. FINANCIAL SYSTEMS SOFTWARE (UK) LTD. *v.* FINANCIAL SOFTWARE SYSTEMS, INC. C. A. 3d Cir. Certiorari denied. ▮

No. 00–1950. EL SHAHAWY *v.* LEE ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–1951. GOSSETT *v.* DUNHILL OF CARY, INC., ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 00–1952. BROWN *v.* HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. ▮